| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| *versus* | § | CASE NO. 1:09-CR-90 |
| | § | |
| DAMIAN LOUIS THIBODEAUX | § | |

# ORDER ADOPTING
# UNITED STATES MAGISTRATE JUDGE'S REPORT

On this day, the court considered the Report and Recommendation of United States Magistrate Judge Earl S. Hines regarding defendant's motion to substitute counsel in the above-numbered case. The court is of the opinion that the Report and Recommendation should be accepted. No objections to the Report and Recommendation have been filed.

Accordingly, it is **ORDERED** that the Report and Recommendation of the United States magistrate judge is **ADOPTED**. It is further

**ORDERED** that defendant's motion to substitute counsel [Docket No. 36] is **DENIED**.

SIGNED at Sherman, Texas, this 9th day of December, 2009.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE